**SO ORDERED.**
**SIGNED this 27th day of June, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**AMY LOUISE COVERT**　　　　　　　　Case No. 3:18-bk-30865-SHB
　　　　　　　　　　　　　　　　　　　　Chapter 13

Debtor

### ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT

This matter having come before the Court pursuant to the motion of the Movant, Mariana Smith, Lois Chase, and Ida Moler for relief from the automatic stay, and the Court, being fully advised, finds that there was no opposition to the motion and, therefore, the motion is **GRANTED**. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply in this case. Therefore, relief in hereby granted, the property is no longer property of the bankruptcy estate, and Movant is free to pursue state court remedies or foreclose against the real property

more commonly known as 112 Shawnee Lane, Friendsville, Tennessee 37737, more particularly described as follows:

> SITUATED in District No. Four (4) of Blount County, Tennessee, and being more particularly described as follows:
>
> BEING all of Lot 2 of Survey for Mr. & Mrs. Clarence Curtis as the same is shown by plat of record in Small Plat Book 6, Page 262 in the Register's Office for Blount County, Tennessee, to which plat specific reference is hereby made for a more particular description thereof.
>
> THIS CONVEYANCE is subject to any and all restrictions of record in the Register's Office for Blount County, Tennessee.
>
> BEING the same property conveyed to Nathan Covert and wife Amy Covert by deed dated October 15, 2013, of record in Record Book 2373, Page 2731, in the Register's Office for Blount County, Tennessee.

**IT IS SO ORDERED.**

###

**APPROVED:**

/s/ Ryan E. Jarrard
RYAN E. JARRARD
Tennessee Bar No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile
rej@qcflaw.com